# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2766
_____

TYRESE JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF AGRICULTURE AND CONSUMER
SERVICES,

    Appellee.

_____

On appeal from the Department of Agriculture and Consumer Services.
John Raymaker, Director.


October 13, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tyrese Johnson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Sean T. Garner, General Counsel, and Gregory L. Warner, Senior Attorney, Department of Agriculture and Consumer Services, Tallahassee, for Appellee.